ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LUCERO, GUILLERMO | ) | Case No. 2:08-bk-18243-RJH |
| LUCERO, ANNA MARIA | ) | |
| aka ANNA MARIA NORDBERG | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtors. | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

ANTHONY H. MASON, Trustee, reports that the following dividend in an amount less than $5.00 was declared, and pursuant to Bankruptcy Rule 3010 requests that such dividend not be distributed to creditors, but that it be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 5 | American Express Centurion Bank<br>C/o Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | $3.97 |

DATED this 14th day of January 2011.

/s/ Anthony H. Mason
ANTHONY H. MASON, TRUSTEE